UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL JOYCE, Individually and For Others Similarly Situated<br><br>v.<br><br>ABSOLUTE CONSULTING, INC. | Case No. 1:19-cv-00868-RDB |

ORDER GRANTING JOINT MOTION TO TRANSFER VENUE
PURSUANT TO 28 U.S.C. § 1404(A)

Upon consideration of the Parties' Joint Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a), and upon good cause shown, it is ORDERED that the Parties' Motion is GRANTED.

1. Pursuant to 28 U.S.C. § 1404(a), Plaintiffs' claims against Absolute Consulting, Inc. are transferred to the United States District Court, Southern District of Texas, Galveston Division.

2. The Clerk of this Court shall transfer the file to the Galveston Division of the United States District Court for the Southern District of Texas.

**IT IS SO ORDERED.**


DATED: _____August 19,_____ 2020


                                                  /s/ - Richard D. Bennett
                                                  United States District Judge